## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Kevin Paul Merchant
NeunerPate
1001 W Pinhook, Bldg 1 Ste.200
Lafayette LA 70503

Phillip Smith
NeunerPate
1001 W. Pinhook Road, #200
Lafayette LA 70503

> Judgment on rehearing rendered and mailed to all parties or counsel of record on July 8, 2020

**REHEARING ACTION: July 8, 2020**

**Docket Number: 19   00530-CA**

**DARIUS TROY BARRAS AND
JULIE A. BARRAS
VERSUS
CARDINAL SERVICES, LLC, ET AL.**

**Appealed from Iberia Parish Case No. 129197**

**BEFORE JUDGES:**

> **Hon. John E. Conery
> Hon. Van H. Kyzar
> Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **St Paul Fire & Marine Insurance Co.** has this day been

> **DENIED.**

cc: Eric T. Haik, Counsel for the Appellant